**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | CAUSE NO.: 2:15-CR-99-PPS-PRC |
| | ) | |
| CLAUDIO TINO MARTINEZ a/k/a "C.K.", | ) | |
| Defendant. | ) | |

**FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE**
**UPON PLEA OF GUILTY BY DEFENDANT CLAUDIO TINO MARTINEZ**

TO:   THE HONORABLE PHILIP P. SIMON,
      UNITED STATES DISTRICT COURT

Upon Defendant Claudio Tino Martinez's request to enter a plea of guilty pursuant to Rule 11

of the Federal Rules of Criminal Procedure, this matter came for hearing before Magistrate Judge Paul

R. Cherry, on September 11, 2015, with the consent of Defendant Claudio Tino Martinez, counsel for

Defendant Claudio Tino Martinez, and counsel for the United States of America.

The hearing on Defendant Claudio Tino Martinez's plea of guilty was in full compliance with

Rule 11, Federal Rules of Criminal Procedure, before the Magistrate Judge in open court and on the

record.

In consideration of that hearing and the statements made by Defendant Claudio Tino Martinez

under oath on the record and in the presence of counsel, the remarks of the Assistant United States

Attorney and of counsel for Defendant Claudio Tino Martinez,

I FIND as follows:

(1) that Defendant Claudio Tino Martinez understands the nature of the charge against him to

which the plea is offered;

(2) that Defendant Claudio Tino Martinez understands his right to trial by jury, to persist in his

plea of not guilty, to the assistance of counsel at trial, to confront and cross-examine adverse witnesses,

and his right against compelled self-incrimination;

(3) that Defendant Claudio Tino Martinez understands what the maximum possible sentence is, including the effect of the supervised release term, and Defendant Claudio Tino Martinez understands that the sentencing guidelines apply and that the Court may depart from those guidelines under some circumstances;

(4) that the plea of guilty by Defendant Claudio Tino Martinez has been knowingly and voluntarily made and is not the result of force or threats or of promises;

(5) that Defendant Claudio Tino Martinez is competent to plead guilty;

(6) that Defendant Claudio Tino Martinez understands that his answers may later be used against him in a prosecution for perjury or false statement;

(7) that there is a factual basis for Defendant Claudio Tino Martinez's plea; and further,

I RECOMMEND that the Court accept Claudio Tino Martinez's plea of guilty to the offense charged in Count 1 of the Information and that Defendant Claudio Tino Martinez be adjudged guilty of the offense charged in Count 1 of the Information and have sentence imposed. A Presentence Report has been ordered. Should this Report and Recommendation be accepted and Claudio Tino Martinez be adjudged guilty, a sentencing date before Judge Philip P. Simon will be set by separate order. Objections to the Findings and Recommendation are waived unless filed and served within fourteen (14) days. 28 U.S.C. § 636(b)(1).

So ORDERED this 11th day of September, 2015.

s/ Paul R. Cherry
MAGISTRATE JUDGE PAUL R. CHERRY
UNITED STATES DISTRICT COURT