UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) NO. 2:15CR99 PPS |
| CLAUDIO TINO MARTINEZ, | ) |
| Defendant. | ) |

## ORDER

This matter is before me on the Findings and Recommendation of Magistrate Judge Paul R. Cherry relating to defendant Claudio Martinez's request to enter a plea of guilty to Count 1 of the Information, pursuant to Rule 11 of the Federal Rules of Criminal Procedure. [DE 7.] Following a hearing on the record [DE 5], Judge Cherry found that defendant understands the charges, his rights, and the maximum penalties; that defendant is competent to plead guilty; that there is a factual basis for defendant's plea; and that the defendant knowingly and voluntarily entered into his agreement to enter a plea of guilty. Judge Cherry recommends that the Court accept defendant's plea of guilty and proceed to impose sentence. Neither party has filed a timely objection to Judge Cherry's Findings and Recommendation.

ACCORDINGLY:

Having reviewed the Magistrate Judge's Findings and Recommendation Upon a Plea of Guilty, to which no objection has been filed, the Court hereby ADOPTS the Findings and Recommendation [DE 7] in their entirety.

Defendant Claudio Martinez is adjudged GUILTY of Count 1 of the Information.

The sentencing hearing is set for May 31, 2016 at 10:00 a.m. Hammond/Central time [DE 8].

SO ORDERED.

ENTERED: May 24, 2016.

                                                 s/Philip P. Simon
                                                 PHILIP P. SIMON, CHIEF JUDGE
                                                 UNITED STATES DISTRICT COURT